■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JACKSON, Appellant. [975 NYS2d 664]—Judgment, Supreme Court, New York County (Renee A. White, J.), rendered April 27, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 17 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Friedman, J.P., Renwick, Freedman and Feinman, JJ.